

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ISKANDIA ENERGY OPERATING, INC., | § | No. 08-22-00103-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd Judicial District Court |
| SWEPI LP d/b/a SHELL WESTERN E&P, | § | of Loving County, Texas |
| Appellee. | § | (TC# 20-06-991) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF OCTOBER, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.